IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BRIAN K. TERRELL,** | : |
| Plaintiff | : |
| v. | :  5:05-CV-33 (WDO) |
| **OFFICER JACKIE BEDSOLE,** | : |
| **Defendant** | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to grant the Defendant's motion to dismiss based on Plaintiff Terrell's failure to show a violation of his constitutional rights. Having carefully considered the Recommendation and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED this 9th day of August, 2005.**

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**